RAFAEL BUSCAGLIA, TESORERO DE PUERTO RICO, peticionario, *v.*
TRIBUNAL DE CONTRIBUCIONES DE PUERTO RICO, demandado;
MATEO FAJARDO, JR., interventor.

Núm. 145.—*Sometido:* Junio 3, 1947. *Resuelto:* Julio 31, 1947.

*Hon. Procurador General Luis Negrón Fernández, y Elmer Toro Lu-
cchetti, Procurador General Auxiliar,* abogados del peticionario;
*Oscar Souffront,* abogado del interventor, querellante en el pleito
principal.

PER CURIAM: Las partes han sometido este recurso por
los alegatos radicados en el recurso núm. 135, de Rafael Bus-
caglia, Tesorero de Puerto Rico, v. Tribunal de Contribucio-
nes, Ana María Sugar Co., Inc., interventora. Los hechos
admitidos son los siguientes: El contribuyente, aquí inter-
ventor, radicó su planilla para el año 1937, *el día 15 de sep-
tiembre de 1937.* El *12 de septiembre de 1944* el Tesorero le
notificó al contribuyente, por correo, una deficiencia para el
año 1937. *El 23 de septiembre de 1944,* el contribuyente so-
licitó del Tesorero la reconsideración y concesión de una vista
administrativa. Accedió el Tesorero y celebrada la vista ad-
ministrativa se envió al contribuyente, *el 19 de abril de 1945,*

la resolución notificando la deficiencia. El 15 de mayo de 1945 el contribuyente radicó su querella ante el Tribunal de Contribuciones, el cual en definitiva resolvió que el término para tasar la deficiencia había prescrito.

Las prórrogas que provee la sección 60(b) de la Ley de Contribuciones sobre Ingresos se refieren a aquellos casos en que el Tesorero de Puerto Rico notifica al contribuyente por correo certificado una deficiencia dentro del término prescrito por la sección 60(a) de la Ley y éste no apela ante el Tribunal de Contribuciones, y a aquéllos en que el contribuyente acude ante dicho Tribunal dentro de los treinta días inmediatamente siguientes a la fecha en que se resuelve por dicho funcionario la solicitud de reconsideración y vista administrativa, y no a casos en que, si bien la deficiencia se notifica a tiempo y la reconsideración y vista administrativa se solicitan dentro de los quince días de que nos habla la sección 57(a) de la Ley de Contribuciones sobre Ingresos, la tasación se hace fuera de los siete años provistos por la sección 60(a) de dicha Ley.

Si el término de siete años que provee la sección 60(a) de la Ley está próximo a vencer, el Tesorero puede, primero, hacer una tasación de emergencia (*jeopardy assessment*), de acuerdo con la sección 57(c) o, segundo, llegar a un acuerdo con el contribuyente, por escrito, para tasar la contribución después de transcurrido el término prescriptivo, de acuerdo con la sección 61(b), y en este caso el Tesorero no hizo ni lo uno ni lo otro.

Al notificar el Tesorero su resolución ratificando la deficiencia en este caso el 19 de abril de 1945 habían transcurrido ya los siete años que provee la sección 60(a) de la ley.

*La resolución dictada por el Tribunal de Contribuciones el 6 de febrero de 1947 será confirmada.*